IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMARJEET SINGH,

    Petitioner,

v.

ALBERTO GONZALEZ,

    Respondent.
_____/

No. C 05-02023 CRB

**ORDER DISMISSING CASE**

    Petitioner filed this habeas corpus petition challenging Respondent's Order of Removal on grounds of ineffective assistance of counsel.  On May 11, 2005, prior to the filing of this action, Congress enacted the Real ID Act, effective immediately.  Under the Act, this Court no longer has habeas corpus jurisdiction of petitions challenging removal orders.  Accordingly, this action is DISMISSED for lack of jurisdiction.  Petitioner may argue the constitutionality of the Act to the Court of Appeals.

    **IT IS SO ORDERED.**

Dated: May 31, 2005

                                                      /s/
                                          CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2023\orderdismissingpetition.wpd