```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927
```

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMARJEET SINGH,<br><br>        Petitioner,<br><br>   v.<br><br>MICHAEL CHERTOFF, SECRETARY FOR THE DEPARTMENT OF HOMELAND SECURITY; CHARLES DEMORE, DISTRICT DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES,<br><br>        Respondents. | No. C 05-2023-CRB<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

   The petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, currently scheduled for May 16, 2008, to May 30, 2008, in light of the fact that counsel for the respondents will be out of the office for a previously scheduled engagement on May 16, 2008.  The parties will submit a joint case management statement no less than seven days in advance of the re-scheduled case management conference.

1 | DATED: May 8, 2008 | Respectfully submitted,

2 | | JOSEPH P. RUSSONIELLO
  | | United States Attorney

3

4

5 | | /s/
  | | EDWARD A. OLSEN
  | | Assistant United States Attorney

6

7

8 | DATED: May 8, 2008 | /s/
  | | JAMES TODD BENNETT
9 | | Attorney for Petitioner

10

11 | | **ORDER**

12 | | Pursuant to stipulation, IT IS SO ORDERED.

13

14 | Date:   May 8, 2008

15 | | CHARLES R. BREYER
  | | United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 05-2023-CRB                              -2-