|   |   |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMARJEET SINGH, | ) | No. C 05-2023-CRB |
| Petitioner, | ) | |
| v. | ) | |
| MICHAEL CHERTOFF, SECRETARY FOR THE DEPARTMENT OF HOMELAND SECURITY; CHARLES DEMORE, DISTRICT DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES, | ) ) ) ) ) ) ) ) ) | **JOINT STATUS REPORT; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |
| Respondents. | ) ) | |

The parties wish to inform the Court that they are actively exploring ways of administratively resolving the above–captioned matter. Specifically, the petitioner and the United States Immigration and Customs Enforcement's Office of Chief Counsel in San Francisco have filed a joint motion with the Board of Immigration Appeals (BIA), asking the BIA to re-issue its decision, thereby enabling the petitioner to file a timely petition for review with the United States Court of Appeals for the Ninth Circuit.

In light of the reasonable possibility that this case may be administratively resolved, the parties respectfully ask this Court to vacate the case management conference currently scheduled

for August 22, 2008, and to re-schedule a new case management conference in 90 days.

DATED:  August 14, 2008                Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                           /s/
                                        EDWARD A. OLSEN
                                        Assistant United States Attorney

DATED: August 14, 2008                    /s/
                                        JAMES TODD BENNETT
                                        Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  A further case management conference will be scheduled for _____December 5_, 2008 at 8:30 a.m.

Date:  August 18, 2008                _____
                                        CHARLES R. BREYER
                                        United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Charles R. Breyer]*