1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102
      Telephone: (415) 436-6915
6     FAX: (415) 436-6927

7  Attorneys for Respondents

8
                       UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12  AMARJEET SINGH,                    )      No. C 05-2023-CRB
                                       )
13        Petitioner,                  )
                                       )
14     v.                              )
                                       )
15  MICHAEL CHERTOFF, SECRETARY        )      **STIPULATION TO EXTEND DATE OF**
    FOR THE DEPARTMENT OF              )      **CASE MANAGEMENT**
16  HOMELAND SECURITY; CHARLES         )      **CONFERENCE; AND ~~[PROPOSED]~~**
    DEMORE, DISTRICT DIRECTOR,         )      **ORDER**
17  IMMIGRATION AND CUSTOMS            )
    ENFORCEMENT; ALBERTO               )
18  GONZALES, ATTORNEY GENERAL OF      )
    THE UNITED STATES,                 )
19                                     )
          Respondents.                 )
20  _____  )

21      The petitioner, by and through his attorney of record, and respondents, by and through their

22  attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the

23  case management conference, currently scheduled for December 5, 2008, to January 16, 2009, in

24  light of the reasonable possibility that this case may be administratively resolved in the next

25  month.

26      The petitioner and the United States Immigration and Customs Enforcement's Office of Chief

27  Counsel in San Francisco filed a joint motion with the Board of Immigration Appeals (BIA) on

28  August 13, 2008, asking the BIA to re-issue its decision, thereby enabling the petitioner to file a

1  timely petition for review with the United States Court of Appeals for the Ninth Circuit.  A

2  decision by the BIA is expected in the reasonably foreseeable future.  The parties recognize that

3  this Court has already granted previous stipulations to extend the date of the case management

4  conference and appreciate the Court's patience in this matter.

5

6  DATED:  November 25, 2008                   Respectfully submitted,

7                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
8

9
                                                    /s/
10                                             EDWARD A. OLSEN
                                               Assistant United States Attorney
11                                             Attorneys for Respondents

12

13
   DATED: November 25, 2008                         /s/
14                                             JAMES TODD BENNETT[1]
                                               Attorney for Petitioner
15

16
                                           **ORDER**
17
        Pursuant to stipulation, IT IS SO ORDERED.  The case management conference scheduled
18 for December 5, 2008, is hereby rescheduled for January 16, 2009.

19

20
   Date:  November 26, 2008
21                                             CHARLES R. BREYER
                                               United States
22

23

24

25

26

27

28
        [1]James Todd Bennett has authorized counsel for the respondents to file this stipulation.

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 05-2023-CRB                           -2-