1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927

7  Attorneys for Respondents

8
                UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10
                 SAN FRANCISCO DIVISION
11

12  AMARJEET SINGH,                    )    No. C 05-2023-CRB
                                       )
13        Petitioner,                  )
                                       )
14  v.                                 )
                                       )
15  MICHAEL CHERTOFF, SECRETARY        )    **STIPULATION TO EXTEND DATE OF**
    FOR THE DEPARTMENT OF              )    **CASE MANAGEMENT**
16  HOMELAND SECURITY; CHARLES         )    **CONFERENCE; AND [PROPOSED]**
    DEMORE, DISTRICT DIRECTOR,         )    **ORDER**
17  IMMIGRATION AND CUSTOMS            )
    ENFORCEMENT; ALBERTO               )
18  GONZALES, ATTORNEY GENERAL OF      )
    THE UNITED STATES,                 )
19                                     )
          Respondents.                 )
20  _____)

21      The petitioner, by and through his attorney of record, and respondents, by and through their

22  attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the

23  case management conference, currently scheduled for January 16, 2009, to March 20, 2009, in

24  light of the reasonable possibility that this case may be administratively resolved in the next two

25  months.

26      The petitioner and the United States Immigration and Customs Enforcement's Office of Chief

27  Counsel in San Francisco filed a joint motion with the Board of Immigration Appeals (BIA) on

28  August 13, 2008, asking the BIA to re-issue its decision, thereby enabling the petitioner to file a

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 05-2023-CRB                          -1-

1   timely petition for review with the United States Court of Appeals for the Ninth Circuit.

2   Although the parties had expected to receive a decision by the BIA prior to the case management

3   conference currently scheduled for January 16, 2009, the BIA unfortunately deleted the joint

4   motion from its electronic database.  The BIA has recently corrected the error and has advised the

5   parties that "[a] decision in [this] matter will be forthcoming."  See attached.

6       The parties recognize that this Court has already granted previous stipulations to extend the

7   date of the case management conference and appreciate the Court's patience in this matter.

8

9   DATED:  January 7, 2009                 Respectfully submitted,

10                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
11

12                                              /s/
13                                          EDWARD A. OLSEN
                                            Assistant United States Attorney
14                                          Attorneys for Respondents

15

16  DATED:  January 7, 2009                     /s/
17                                          JAMES TODD BENNETT
                                            Attorney for Petitioner
18

19

20                                      **ORDER**

21      Pursuant to stipulation, IT IS SO ORDERED.  The case management conference scheduled
    for January 16, 2009, is hereby rescheduled for March 20, 2009.

22

23

24  Date:  January 8, 2009
    _____
25  CHARLES R. BREYER
    United States District Judge
26

27

28