IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMARJEET SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Defendants._____/ | No. C 05-02023 CRB<br><br>**ORDER RE MARCH 20, 2009 CMC** |

If as of March 20, 2009 the Board of Immigration Appeals (BIA) has not re-issued the decision the parties jointly asked the BIA to re-issue in August 2008, the parties shall appear for a Case Management Conference ("CMC") at 8:30 a.m. on March 20, 2009. Defendants shall bring to the CMC the person at the BIA responsible for re-issuing the decision which will terminate this action. No continuances will be granted and the BIA responsible person must appear in person.

**IT IS SO ORDERED.**

Dated: Feb. 12, 2009

                                                  CHARLES R. BREYER
                                                  UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2023\orderrecmc.wpd