| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150 |
| | Assistant United States Attorney |
| 4 | |
| | 450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, California 94102 |
| | Telephone: (415) 436-6915 |
| 6 | FAX: (415) 436-6927 |
| 7 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMARJEET SINGH, | ) | No. C 05-2023-CRB |
| Petitioner, | ) | |
| v. | ) | |
| MICHAEL CHERTOFF, SECRETARY FOR THE DEPARTMENT OF HOMELAND SECURITY; CHARLES DEMORE, DISTRICT DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES, | ) | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| Respondents. | ) | |

The petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action in light of the fact that the Board of Immigration Appeals (BIA) granted the parties' joint motion to re-issue its decision on February 9, 2009, and the petitioner has filed petition for review of the BIA's re-issued decision with the United States Court of Appeals for the Ninth Circuit. *See Amarjeet Singh v. Holder*, Appeal No. 09-70702.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 05-2023-CRB                                    -1-

1  DATED: March 12, 2009                 Respectfully submitted,

2                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney
3

4                                              /s/
                                          EDWARD A. OLSEN
5                                         Assistant United States Attorney

6

7  DATED: March 12, 2009                       /s/
                                          JAMES TODD BENNETT
8                                         Attorney for Petitioner

9

10                                  ~~[PROPOSED]~~ ORDER

11      Pursuant to stipulation, IT IS SO ORDERED.

12

13
    DATED:   March  13 , 2009        _____
14                                          CHARLES R. BREYER
                                          United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer